**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

Deborah Hoppe,
    4333 N. Mobile Avenue
    Chicago, IL 60634
    SSN: XXX-XX-1123

    Debtor

Case No 14 B 37252

Judge Jack B. Schmetterer

Chapter 13

Trustee – Tom Vaughn

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on Wednesday, July 27, 2016 at 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Jack B. Schmetterer or any other Bankruptcy Judge presiding in his stead in Courtroom 682 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached Debtor's Motion to Modify Plan, at which time and place you may appear if so desired.

                                        /s/ Barbara Richardson
                                        Debtor's Attorney

Barbara Richardson
brich@lafchicago.org
ARDC# 6205307
LAF
120 S. LaSalle Street, Suite 900
Chicago, IL 60603
(312) 347-8343

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Notice and Debtor's Motion to Modify Plan, by first class mail to the person(s) listed above on the 29th day of June, 2016 before 4:30 p.m., except as to the persons indicated by an asterisk (*), who are registrants with the Court's CM/ECF system and participants in this case and who have, pursuant to Fed. R. Bankr. P. 7005 and 9036, and § II.B.4 of the Court's Administrative Procedures waived the right to receive notice by first class mail and consented to receive notice electronically, and waived the right to service by personal service or first class mail.

                                                      /s/ Barbara Richardson
                                                      Debtor's Attorney

Barbara Richardson
brich@lafchicago.org
ARDC# 6205307
LAF
120 S. LaSalle Street, Suite 900
Chicago, IL  60603
(312) 347-8343

## Service List

*Patrick Layng
U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

*Trustee Thomas E. Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

Corporate Creations Network Inc
Agent for Commonwealth Edison
350 S Northwest Hwy, Suite 300
Park Ridge, IL 60068-4262

Corporate Creations Network Inc
Agent for Peoples Energy, LLC
350 S Northwest Hwy, Suite 300
Park Ridge, IL 60068-4262

AT&T Corp
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004-0769

Chicago Health & Phys. Therapy
5545 W. Montrose
Chicago, IL 60641-1331

Citibank
1000 Technology Drive
O Fallon, MO 63368

Citicards CBNA
701 E 60th St N
Sioux Falls, SD 57104

CitiMortgage
PO Box 6243
Sioux Falls, SD 57117-6243

City of Chicago
The Department of Water Management
P.O. Box 6330
Chicago, IL 60680-6330

Comcast
P.O. Box 3002
Attn Bankruptcy
Southeastern, PA 19398-3002

ComEd
System Credit/ Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523-1559

Comenity Bank/JSSCLNDN
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Bank/WOMNWTHN
P.O. Box 182789
Columbus, OH 43218-2789

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Illinois Bone and Joint Institute
150 N. Michigan Ave. #1400
Chicago, IL 60601

Illinois Collection Serv
PO Box 1010
Tinley Park, IL 60477-9110

Midwest Imaging Professionals
P.O. Box 3223831
Pittsburgh, PA 15250-7863

MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Northshore University Healthsystem
23056 Network Place
Chicago, IL 60673-1230

Northwestern Medical Group
26609 Network Place
Chicago, IL 60673-1266

Northwestern Memorial Physicians Gr
75 Remittance Drive
#1293
Chicago, IL 60675-1293

Peoples Energy, LLC
Special Projects (Bankruptcy)
130 East Randolph Street
Chicago, IL 60601-6207

Pinnacle Credit Services LLC
PO Box 640
Hopkins, MN 55343

Resurrection Health Care
7435 W. Talcott Ave.
Chicago, IL 60631

RMC Cardiology
520 E. 22nd St.
Lombard, IL 60148-6110

Social Security Administration
Great Lakes Program Service Center
600 West Madison Street
Chicago, IL 60661

Social Security Administration
Gen'l Counsel, Rm 611 Altmeyer Bldg
6401 Security Blvd
Baltimore, MD 21235-6401

Steven A. Sandler, M.D.
2239 Phillips Drive
Glenview, IL 60026-1176

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

Deborah Hoppe,
    4333 N. Mobile Avenue
    Chicago, IL  60634
    SSN:  XXX-XX-1123

    Debtor

Case No 14 B 37252

Judge Jack B. Schmetterer

Chapter 13

Trustee – Tom Vaughn

**DEBTOR'S MOTION TO MODIFY PLAN**

The Debtor, Deborah Hoppe ("Mrs. Hoppe"), moves this Court to approve a modification of her plan, pursuant to 11 U.S.C. § 1329(a) as set forth herein. In support of this motion, Mrs. Hoppe states as follows:

1. On October 14, 2014, Alan and Deborah Hoppe filed this chapter 13 case.

2. On April 8, 2015, the chapter 13 plan dated January 20, 2015 was confirmed.

3. On January 20, 2016, Mrs. Hoppe's husband, Alan Hoppe, passed away suddenly.

4. Section G of the plan provides that:

> The debtor shall tender to the Trustee the amount of any tax refund in excess of $1,200 each year within 7 days of receipt of the tax refund. Refunds must be received by the Trustee by June 30th of each year.

5. On June 23, 2016, Mrs. Hoppe filed her 2015 federal tax return electronically.

6. Mrs. Hoppe is anticipating a federal tax return refund of $3,256.

7. In April 2016, Mrs. Hoppe had to address a rat infestation in her garage at a cost of $2,440. *See* Terminex documents, attached hereto as Exhibit A. Mrs. Hoppe paid $1,120 down with a balance due of $1,320, which includes a charge of $500 charged for coming out to inspect the problem.

8. Mrs. Hoppe also owes $500 to her accountant for preparing her 2014 and 2015 tax returns. *See* Post-dated check to accountant, attached hereto as Exhibit B.

9. Mrs. Hoppe also needs a new roof at an estimated cost of $6,400, which is being covered by Mrs. Hoppe's Homeowner's Insurance coverage minus her deductible of $1,000. *See* Proposal, attached hereto as Exhibit C.

10. Mrs. Hoppe requests that she be allowed to keep the 2015 tax return refund in its entirety to pay Terminex, her accountant and to pay for roof repairs.

11. Unsecured creditors will not receive less than their minimum percentage if Mrs. Hoppe retains her 2015 tax return refund.

WHEREFORE, Debtor prays that the Court:

A. Approve modification of the Debtor's plan by permitting her to retain her 2015 tax return refund in its entirety; and

B. Grant such other, further and different relief as may be just and proper.

Respectfully submitted,

/s/ Barbara Richardson
Barbara Richardson

Barbara Richardson
brich@lafchicago.org
Attorney for Debtor
ARDC ID# 6205307
LAF
120 S. LaSalle Street, Suite 900
Chicago, IL 60603
Phone: 312/347-8343